UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC SKYROCKET, LLC, A Michigan limited liability company,<br><br>                                Plaintiff,<br><br>     v.<br><br>SUPERSKYROCKET, LLC, a California limited liability company; MARYANN ELIZABETH KINGSLEY, a.k.a. MARYANN HONN, an individual; and RICHARD HONN, an individual,<br><br>                              Defendants. | Civil No.   06-CV-1765 R (CAB)<br><br>**PROTECTIVE ORDER RE DOCUMENTS TO BE PRODUCED BY DEFENDANTS PURSUANT TO COURT ORDER DATED MARCH 29, 2007** |

The following Protective Order covers the documents the defendants are ordered to produce pursuant to the Court's Order dated March 29, 2007.

**IT IS HEREBY ORDERED**:

      1.     Prior to disclosure, all documents shall be designated "Confidential Material." Such designation shall be made by stamping or otherwise marking each file as follows: "Confidential Material Subject To Protective Order."

      2.     Confidential Material shall be used solely in connection with this litigation and the preparation and trial of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation.

      3.     Confidential Material may be disclosed only to the following persons:

            (a)     Counsel for any party to this action;

1  (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in (a);

2  (c) Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

3  (d) any outside expert or consultant retained in connection with this action, and not otherwise employed by either party.

4. Each person to whom disclosure is made, with the exception of counsel who are presumed to know of the contents of this protective order, shall, prior to the time of disclosure, be provided by the person furnishing him/her such material a copy of this order, and shall agree on the record or in writing that he/she has read the protective order, and that he/she understands the provisions of the protective order.  Such person also must consent to be subject to the jurisdiction of the United States District Court for the Southern District of California with respect to any proceeding relating to enforcement of this order, including without limitation, any proceeding for contempt.  Unless made on the record in this litigation, counsel making disclosure to any person described above shall retain the original executed copy of said agreement until final termination of this litigation.

5. At the conclusion of the trial and of any appeal or upon other termination of this litigation, all Confidential Material received under the provision of this order (including any copies made) shall be tendered back to the Defendants' counsel.  Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until further order of this Court.

6. The foregoing is without prejudice to the right of any party:  (a) to apply to the Court for a further protective order relating to any Confidential Material or relating to discovery in this litigation; (b) to apply to the Court for an order removing the Confidential Material designation from any documents; and (c) to apply to the court for an order compelling production of documents or modification of this order or for any order permitting disclosure of Confidential Material beyond the terms of this Order.

7. Any document filed with the court that reveals Confidential Material shall be filed under seal. However, subject to public policy, and **further court order**, **NOTHING SHALL BE FILED UNDER SEAL**, and the court shall not be required to take any action, without separate prior order by

the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

8. Nothing in this order shall preclude a party from showing or disclosing to any person not listed in paragraph (3) of this order deposition transcripts, pleadings or briefs containing Confidential Material if the document containing such materials has been masked or deleted so that no disclosure of Confidential Material occurs.

9. Upon the conclusion of the case, the Court shall retain jurisdiction to resolve any disputes arising out of the release of any documents protected by this order.

10. The Court has the authority to modify, at any time, the terms of this protective order on public policy grounds.

**IT IS SO ORDERED.**

DATED: March 29, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

cc: All parties