McCULLOGH & ASSOCIATES APC
4275 Executive Square, Suite 940, La Jolla, CA 92037
(858) 457-2900; Fax: 457-2950

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TC SKYROCKET, LLC, a Michigan Limited Liability Company, | Case No. 06CV1765 R NLS |
| Plaintiff, | Judge: Hon. John S. Rhoades<br>Mag. Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 5 |
| v. | |
| SUPERSKYROCKET, LLC, a California Limited Liability Company, MARYANN ELIZABETH KINGSLEY a.k.a. MARYANN HONN an individual; and RICHARD HONN, an individual, | [~~PROPOSED~~] ORDER |
| Defendants. | **Complaint Filed: August 13, 2006**<br>**Trial Date: August 21, 2007**<br>**Time: 9:00 am** |

<u>**ORDER**</u>

**THE COURT** having considered the Joint Motion to extend the discovery cut-off for the sole purpose of obtaining the deposition testimony of Honn, Kingsley and Persons Most Knowledgeable for SuperSkyrocket LLC relevant to the issue of alter ego liability;

**IT IS HEREBY ORDERED** that the June 29, 2007, discovery cut-off date, only, is extended until **<u>July 18, 2007</u>**, for the purposes set forth in the Joint Motion.

Dated: June 6, 2007

_____

Honorable Cathy Ann Bencivengo
United States Magistrate Judge

-1-